UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NOAH FORD,

           Plaintiff,

  v.

I.Q. DATA INTERNATIONAL, INC., et al.,

           Defendants.

C22-1791 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Clerk's Office is INSTRUCTED to seal docket numbers 55, 60, 68, and 69. These filings contain information that must be redacted under Federal Rule of Civil Procedure 5.2 and Local Rules W.D. Wash. LCR 5.2.

(2) Plaintiff is ORDERED to file, no later than December 29, 2023, properly redacted versions of docket numbers 55, 60, 68, and 69, including all exhibits. The redacted filings must fully comply with the requirements of Federal Rule of Civil Procedure 5.2 and Local Rules W.D. Wash. LCR 5.2.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of December, 2023.

                                          Ravi Subramanian
                                          Clerk

                                          s/Laurie Cuaresma
                                          Deputy Clerk

MINUTE ORDER - 1