# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

NOAH FORD,

        Plaintiff,

  v.

I.Q. DATA INTERNATIONAL, INC., et al.,

        Defendants.

C22-1791 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion for sanctions, docket no. 78, is GRANTED in part and DENIED in part as follows:

    (a) Defendants' motion for attorneys' fees and costs as a sanction for Plaintiff's failure to appear at his own deposition is GRANTED. Defendants are AWARDED $1,000 in attorneys' fees, $1,030 for the cashed witness fee checks, and $400 for the costs of court reporter. Plaintiff is ORDERED to pay Defendants $2,430 no later than January 26, 2024.

    (b) Defendants' motion to dismiss the case as a sanction for Plaintiff's failure to appear at his own deposition is DENIED.

    (c) Plaintiff is ORDERED to appear at a deposition at a location in Seattle, Washington that is mutually agreeable to the parties, no later than January 26, 2024. Failure to appear at this deposition will result in the case being dismissed with prejudice.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of January, 2024.

                                        Ravi Subramanian
                                        Clerk

                                        s/Laurie Cuaresma
                                        Deputy Clerk

MINUTE ORDER - 2