UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NOAH FORD,

        Plaintiff,

  v.

I.Q. DATA INTERNATIONAL, INC., et al.,

        Defendants.

C22-1791 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiff's motion for extension of time, docket no. 99, is DENIED.

    (2)    The Court ACCEPTS Plaintiff's late filed response and supporting declarations, docket nos. 99, 100, and 101, to Defendants' motion for summary judgment.

    (3)    The Court *sua sponte* RENOTES Defendants' motion for summary judgment, docket no. 73, to January 19, 2024. No further responses may be filed. Defendants may reply to Plaintiff's response brief and any such reply must be filed by the new noting date.

    (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 8th day of January, 2024.

                        Ravi Subramanian
                        Clerk

                        s/Laurie Cuaresma
                        Deputy Clerk

MINUTE ORDER - 1