UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOAH FORD, <br><br> Plaintiff, <br><br> v. <br><br> I.Q. DATA INTERNATIONAL, INC., et al., <br><br> Defendants. | C22-1791 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' joint status report, docket no. 97, the Court VACATES the stay in this case and SETS the following dates and deadlines:

| | |
|---|---|
| **JURY TRIAL DATE** | **September 16, 2024** |
| Length of Trial | 4 days |
| Disclosure of expert testimony under FRCP 26(a)(2) | February 16, 2024 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | February 29, 2024 |
| Discovery completed by | April 8, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | May 7, 2024 |

MINUTE ORDER - 1

| | | |
|---|---|---|
| 1 | Mediation shall be completed by[1] | May 15, 2024 |
| 2 | Letter of mediation compliance shall be filed with the Court no later than | May 22, 2024 |
| 3 | | |
| 4 | All motions related to expert witnesses (*e.g.*, a Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | July 3, 2024 |
| 5 | | |
| 6 | All motions in limine should be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference. (See LCR 7(d)(4)) | August 15, 2024 |
| 7 | | |
| 8 | Agreed Pretrial Order due | August 30, 2024 |
| 9 | Trial Briefs, proposed voir dire questions, and jury instructions due | August 30, 2024 |
| 10 | Pretrial conference to be held at **10:00 AM** on | September 6, 2024 |

(2) The Court does not conduct business via email. Defendants' reply to their motion for summary judgment remains due on January 19, 2024.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of January, 2024.

                                                Ravi Subramanian
                                                Clerk

                                              s/Laurie Cuaresma
                                              Deputy Clerk

---

[1] The Court finds this case is appropriate for mediation under LCR 39.1.

MINUTE ORDER - 2