UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NOAH FORD,

        Plaintiff,

v.

I.Q. DATA INTERNATIONAL, INC., et al.,

        Defendants.

C22-1791 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    By Minute Order dated February 20, 2024, docket no. 108, the Court ordered Plaintiff's counsel, Mr. James Sturdevant, to show cause why he should not be sanctioned for repeatedly failing to comply with the Federal Rules of Civil Procedure and this Court's Local Rules.  Having reviewed Mr. Studervant's response, docket no. 109, to the Minute Order, the Court ORDERS as follows:

        (a)    In light of his repeated failures to comply with Federal Rule of Civil procedure 5.2 and Local Rule 5.2, Mr. Sturdevant is ORDERED to take a course on the proper use of PDF editors and PDF redaction.  In lieu of taking such a course, Mr. Sturdevant may pay $1,000 into the Registry of the Court.  Mr. Sturdevant must file proof of course participation or proof of payment no later than April 29, 2024.

        (b)    Mr. Sturdevant is ORDERED to provide notice to the account holder whose address is on the account statement of the account statement's inappropriate disclosure.  Proof of service of notice to the account holder must be filed with the Court no later than April 29, 2024.

MINUTE ORDER - 1

    (c) Docket no. 109-1 contains account numbers that are still visible through the redactions and an entirely unredacted account number on page four. Mr. Sturdevant is ORDERED to file a properly redacted copy of the account statement constituting docket no. 109-1 to the Docket no later than April 29, 2024.

    (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 27th day of March, 2024.

                Ravi Subramanian
                Clerk

                s/Laurie Cuaresma
                Deputy Clerk

MINUTE ORDER - 2