UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NOAH FORD,

           Plaintiff,

  v.

I.Q. DATA INTERNATIONAL, INC., et al.,

           Defendant.

C22-1791 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed Defendants' request, docket no. 111, for authorization to file a motion, the Court ORDERS as follows:

    (a) The Court *sua sponte* EXTENDS the discovery cutoff to May 7, 2024. All other dates and deadlines remain in full force and effect.

    (b) The Court *sua sponte* STRIKES the April 4, 2024, depositions of Kris Graafstra and Holly Hoffmeister. The parties are ORDERED to meet and confer regarding scheduling all depositions at a mutually agreeable time and place.

    (c) Except for as ordered herein, Defendants' request, docket no. 111, to file a motion is DENIED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of March, 2024.

                                                Ravi Subramanian
                                                Clerk

                                                s/Laurie Cuaresma
                                                Deputy Clerk

MINUTE ORDER - 1