UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOAH FORD,<br><br>            Plaintiff,<br><br>  v.<br><br>I.Q. DATA INTERNATIONAL, INC., et al.,<br><br>            Defendant. | C22-1791 TSZ<br><br>ORDER |

The Court previously ordered Mr. James Sturdevant to either take a course on the use of PDF editors or, if he chose not to take such a course, to pay $1,000 to the Court. Minute Order (docket no. 112).  The Court has now received a check in the amount of $1,000 from Mr. Sturdevant.  The Clerk's Office is DIRECTED to deposit the check as though it were a sanction.

IT IS SO ORDERED.

Dated this 15th day of May, 2024.

Thomas S. Zilly
United States District Judge

ORDER - 1