UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NOAH FORD,

            Plaintiff,

  v.

I.Q. DATA INTERNATIONAL, INC., et al.,

            Defendants.

C22-1791 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiff's motion to reset noting date and conditions of mediation, docket no. 129, is GRANTED in part and DENIED in part as follows:

        (a)    Plaintiff's motion is GRANTED as to his request to renote Defendants' second motion for summary judgment. Defendants' second motion for summary judgment, docket no. 122, is RENOTED to June 14, 2024; Plaintiff's response must be filed by Monday, June 10, 2024; and Defendants may file a supplemental reply by the new noting date.

        (b)    Plaintiff's motion is DENIED as to Plaintiff's request to modify the conditions of mediation. The parties shall complete mediation by June 14, 2024, and file a certificate of mediation compliance by June 21, 2024, as previously ordered by the Court. The mediation shall be conducted remotely under conditions set by the mediator.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 3rd day of June, 2024.

                                    Ravi Subramanian
                                    Clerk

                                    s/Laurie Cuaresma
                                    Deputy Clerk

MINUTE ORDER - 1