UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NOAH FORD,

        Plaintiff,

  v.

I.Q. DATA INTERNATIONAL, INC., et al.,

        Defendants.

C22-1791 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's second motion, docket no. 136, to reset the noting date for Defendants' second motion for summary judgment is GRANTED. Defendants' second motion for summary judgment, docket no. 122, is RENOTED to June 28, 2024. Any response must be filed by June 24, 2024; any reply must be filed by the new noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of June, 2024.

        Ravi Subramanian
        Clerk

        s/Laurie Cuaresma
        Deputy Clerk

MINUTE ORDER - 1