UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOAH FORD,<br><br>   Plaintiff,<br><br>   v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>   Defendant. | C22-1791 TSZ<br><br>ORDER |

Counsel having telephonically advised the Court that this matter has been resolved, see Minutes (docket no. 185), and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. The bench trial date of September 16, 2024, is STRICKEN.

The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 13th day of September, 2024.

_____
Thomas S. Zilly
United States District Judge

ORDER - 1